# NO. 12-18-00237-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| | § | *APPEAL FROM THE 2ND* |
| *EX PARTE:* | § | *JUDICIAL DISTRICT COURT* |
| *M.L.L.* | | |
| | § | *CHEROKEE COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant, the Texas Department of Public Safety, filed a motion to dismiss this appeal. Appellant states that information not previously known was discovered, which indicates Appellee's eligibility for expunction. Thus, in the interest of judicial economy, Appellant states that it no longer desires to pursue the appeal. No decision has been delivered in this appeal. Accordingly, Appellant's motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a)(1).

Opinion delivered December 4, 2018.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**DECEMBER 4, 2018**

**NO. 12-18-00237-CV**

**EX PARTE: M.L.L.**

Appeal from the 2nd District Court

of Cherokee County, Texas (Tr.Ct.No. A2017-00022)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*